IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

## WAIVER OF SERVICE OF SUMMONS

**RE:**

SOUTHWESTERN BELL TELEPHONE )
COMPANY and BELLSOUTH )
TELECOMMUNICATIONS, INC., )
)
    Plaintiffs, ) Civil Action No. 3:10-cv-01498-O
)
    v. )
)
NEXT-G COMMUNICATION, INC. )
)
    Defendant. )
)

TO:        Robert E. Entwisle, Mayer Brown LLP

    I acknowledge receipt of your request that I waive service of a summons in the action stated above, which was filed in the United States District Court for the Northern District of Texas. I have also received a copy of the complaint in the action, two copies of this Instrument, and a means by which I can return the signed waiver to you without cost to me.

    I agree to save the cost of service of a summons and an additional copy of the complaint in this lawsuit by not requiring that I (or the entity on whose behalf I am acting) be served with judicial process in the manner provided by Rule 4.

    I (or the entity on whose behalf I am acting) will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the Court except for objections based on a defect in the summons or in the service of the summons.

    I understand that a judgment may be entered against me (or the party on whose behalf I am acting) if an answer or motion under Rule 12 is not served upon you within 60 days after the date the request was sent, which was August 2, 2010, or within 90 days after that date if the request was sent outside the United States.

8-24-2010
Date

Signature

ZULPEQAR AR
Printed/Typed Name

NEXT-G Communications, Inc
For Defendant