UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHWESTERN BELL TELEPHONE COMPANY and BELLSOUTH TELECOMMUNICATIONS, INC., | § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. 3:10-CV-1498-O |
| NEXT-G COMMUNICATION, INC., | § § § | |
| Defendant. | § | |

## ORDER

Before the Court is the Parties' Joint Motion for Extension of Deadlines (ECF No. 51), filed on July 8, 2011. The Parties request that the Court extend the discovery and dispositive motions deadlines by three weeks while they proceed with settlement negotiations. The Court has already extended the deadlines at issue in this motion, and any further extensions would require a change in the trial date so that the Court would have time to rule on any dispositive motions filed. *See* ECF No. 36. Having reviewed the motion, the Court finds that it should be and is hereby **GRANTED in part** and **DENIED in part**. Accordingly, it is **ORDERED** that the discovery deadline is extended until **August 26, 2011**, but the dispositive motion deadline will remain the same.

**SO ORDERED** this **11th** day of **July, 2011**.

_____
Reed O'Connor
**UNITED STATES DISTRICT JUDGE**