IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| SOUTHWESTERN BELL TELEPHONE COMPANY, BELLSOUTH TELECOMMUNICATIONS, INC., ILLINOIS BELL TELEPHONE COMPANY, NEVADA BELL TELEPHONE COMPANY, PACIFIC BELL TELEPHONE COMPANY, WISCONSIN BELL, INC.<br><br>Plaintiffs,<br><br>v.<br><br>NEXT-G COMMUNICATION, INC.<br><br>Defendant. | Civil Action No. 3:10-CV-01498-O |

## JOINT SETTLEMENT REPORT

Plaintiffs Southwestern Bell Telephone Company, BellSouth Telecommunications, Inc., Illinois Bell Telephone Company, Nevada Bell Telephone Company, Pacific Bell Telephone Company and Wisconsin Bell, Inc. (collectively referred to herein as "Plaintiffs") and Defendant Next-G Communication, Inc. (referred to herein as "Defendant") provide the following Joint Settlement Report as required by the Court's Scheduling Order (Dkt. 20).

1. On June 28, 2011 Plaintiffs and Defendant, through their counsel and party representatives, attended a mediation in a good faith attempt to resolve this matter. The following individuals were present during the mediation:

**Mediator**

- William Pryor

**On Behalf Of Plaintiffs**

- Sean Donadio
  Plaintiffs' Representative

- Marc A. DeNegri
  Attorney for Plaintiffs

- Timothy A.Whitley
  Attorney for Plaintiffs

**On Behalf Of Defendant**

- Beth Dale,
  Defendant's Representative

- Zulfiqar R. Ali,
  Defendant's Representative

- Allison D. Rule
  Attorney for Defendant

2. The party representatives had full settlement authority and the conference was conducted in good faith and complied with the requirements of Local Rule 16.3 by being completed well in advance of the pretrial conference in this case. A report on the mediation was filed with the Court on July 1, 2011 (Dkt. 50).

3. Although the parties were unable to resolve this matter during the mediation, they made some progress towards a possible settlement. The parties agreed to exchange additional information and to consult further with the mediator to the extent that, upon review of the additional information, settlement remained a possibility.

4. After reviewing the information provided after the mediation, the parties were not able to reach a settlement and consequently no further discussions with the mediator took place.

5. On August 5, 2011 Defendant filed a Motion to Dismiss or in the Alternative to Stay and on August 24, 2011 Plaintiffs filed their Motion for Partial Summary Judgment. These motions currently are pending before the Court.

6. Lead counsel for Plaintiffs, Demetrios G. Metropoulos, and lead counsel for Defendant, Allison D. Rule, again conferred about the possibility of settlement in a face-to-face meeting on October 17, 2011, but due to the pendency of the parties' dispositive motions, were not able to reach a settlement.

7. Counsel for the parties both recognized that there may be an opportunity for further meaningful settlement discussions once the Court has ruled on the pending motions.

Dated: November 18, 2011                                   Respectfully submitted,


NEXT-G COMMUNICATION, INC.                SOUTHWESTERN BELL TELEPHONE
                                          COMPANY, *et al.*

By: /s/ Allison D. Rule                    By: /s/ Demetrios G. Metropoulos

Charles H. Helein, Esquire                 Theodore A. Livingston (*pro hac vice*)
Allison D. Rule, Esquire                   Demetrios G. Metropoulos (*pro hac vice*)
Helein and Marashlian, LLC                 Michael T. Sullivan (*pro hac vice*)
1420 Spring Hill Road, Suite 205           Robert E. Entwisle (*pro hac vice*)
McLean, VA 22102                           Mayer Brown LLP
Tel: (703) 714-1300                        71 South Wacker Drive
Fax: (703) 714-1330                        Chicago, Illinois 60606
                                           Telephone (312) 782-0600
                                           Facsimile (312) 701-7711
C. John Scheef III, Esquire
Scheef and Stone, L.L.P.
2601 Network Blvd., Suite 102              Richard M. Parr, Bar No. 15534250
Frisco, Texas 75034                        Timothy A. Whitley, Bar No. 00797660
Tel: (214) 472-2114                        AT&T Services, Inc.
Fax: (214) 472-2150                        208 S. Akard
                                           Suite 2900
*Attorneys for Defendant*                  Dallas, Texas 75202
                                           Telephone (214) 757-3386
                                           Facsimile (214) 748-1660

                                           *Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

       The undersigned, an attorney, hereby certifies that on November 18, 2011, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court through ECF, which provides service on each party who is a registered ECF user, including the counsel listed below.

Charles H. Helein, Esquire
Allison D. Rule, Esquire
Helein and Marashlian, LLC
1420 Spring Hill Road, Suite 205
McLean, VA 22102
Tel: (703) 714-1300
Fax: (703) 714-1330
adr@commlawgroup.com

C. John Scheef III, Esquire
Scheef and Stone, L.L.P.
2601 Network Blvd., Suite 102
Frisco, Texas 75034
Tel: (214) 472-2114
Fax: (214) 472-2150
john.scheef@solidcounsel.com

       By: /s/ Demetrios G. Metropoulos