IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SOUTHWESTERN BELL TELEPHONE COMPANY, BELLSOUTH TELECOMMUNICATIONS, INC., ILLINOIS BELL TELEPHONE COMPANY, NEVADA BELL TELEPHONE COMPANY, PACIFIC BELL TELEPHONE COMPANY, WISCONSIN BELL, INC. | ) ) ) ) ) ) ) ) | Civil Action No. 3:10-CV-01498-O |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| NEXT-G COMMUNICATION, INC. | ) ) | |
| Defendant. | | |

## EXHIBIT LIST STATEMENT

Plaintiffs Southwestern Bell Telephone Company, BellSouth Telecommunications, Inc., Illinois Bell Telephone Company, Nevada Bell Telephone Company, Pacific Bell Telephone Company and Wisconsin Bell, Inc. (referred to herein as "Plaintiffs") and Defendant Next-G Communication, Inc. (referred to herein as "Defendant") (and collectively referred to as "the Parties") provide the following Exhibit List Statement as required by the Court's Scheduling Order ¶ 8(c) (Dkt. 20).

**I.     The Parties Agree to the Admissibility of the Following Exhibits on Plaintiffs' Exhibit List**

| Exhibit | Description |
|---|---|
| ATT-2 | Beth Dale Deposition Exhibit 2, Amended Complaint (Doc. 40), dated May 6, 2011 |
| ATT-3 | Beth Dale Deposition Exhibit 3, Defendant's Response to Plaintiffs' First Request for Production of Documents to Defendant Next-G Communication, Inc., dated December 13, |

|  | 2010, with documents bates-labeled NG-000140-161 |
|---|---|
| ATT-8 | Beth Dale Deposition Exhibit 8, Next-G Calling Cards and Advertisements (NG_000187-206) |
| ATT-10 | Beth Dale Deposition Exhibit 10, Next-G Call Flow Diagrams (APPX 130-131) |
| ATT-11 | Defendant's Response to Plaintiffs' First Set of Interrogatories to Defendant Next-G Communication, Inc., dated December 6, 2010 |
| ATT-12 | Beth Dale Deposition Exhibit 12 (NG-003023-24), Voice Service Order Form Between Next-G Communication, Inc. and Time Warner Telecom, signed by Next-G on April 24, 2007 **(CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER)** (APPX 1-2) |
| ATT-13 | Beth Dale Deposition Exhibit 13 (NG-003017-19), Voice Service Order Form Between Next-G Communication, Inc. and Time Warner Telecom, signed by Next-G on April 28, 2008 **(CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER)** (APPX 3-5) |
| ATT-14 | Beth Dale Deposition Exhibit 14 (TW0001386-90), Voice Service Order Form Between Next-G Communication, Inc. and Time Warner Telecom, signed by Next-G on February 14, 2007 **(CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER)** (APPX 6-10) |
| ATT-17 | Beth Dale Deposition Exhibit 17 (NG000162-179, VZ0000012-17, VZ0000034-39), Contracts Between Next-G Communication, Inc. and Verizon, signed by Next-G on October 28, 2002 and January 25, 2006 **(CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER)** (APPX 11-40) |
| ATT-18 | Beth Dale Deposition Exhibit 18, Letter from Demetrios G. Metropoulos to Taj Khwaja of Next-G Communication, Inc. dated August 18, 2009 (NG_00032-33) |

| | |
|---|---|
| ATT-19 | Beth Dale Deposition Exhibit 19, Letter from Bob Robertson to Taj Khwaja of Next-G Communication, Inc. dated October 28, 2009 (NG_000024-29) |
| ATT-20 | Beth Dale Deposition Exhibit 20, Southwestern Bell Telephone Company Tariff F.C.C. No. 73, Access Service, Section 5 (ATT_NG00048837-48856, ATT_NG00051227-51293, ATT_NG00048941) |
| ATT-21 | Southwestern Bell Telephone Company Tariff F.C.C. No. 73, Access Service, Sections 1 and 2 (ATT_NG00051002-51226, ATT_NG00048940) |
| ATT-22 | Southwestern Bell Telephone Company Tariff F.C.C. No. 73, Access Service, Section 6 (ATT_NG00051294-51611, ATT_NG00048942-48947) |
| ATT-24 | Beth Dale Deposition Exhibit 24, Answer to Amended Complaint (Doc. 42), dated May 20, 2011 |
| ATT-26 | Demonstrative Exhibit Showing Flow of Local and Long-Distance Calls in Plaintiffs' Networks **(CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER)** (ATT_NG00056671-72) |
| ATT-27 | Zulfiqar Ali Deposition Exhibit 27, Emails and documents from Zulfiqar Ali's personal laptop computer **(CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER)** (NG-003142-3163) |
| ATT-28 | Defendant's Response to Plaintiffs' First Set of Interrogatories to Defendant Next-G Communication, Inc., dated December 13, 2010 |
| ATT-29 | Defendant's Supplemental Response to Interrogatory No. 9 of Plaintiffs' First Set of |

| | Interrogatories to Defendant Next-G Communication, Inc., dated June 24, 2011 |
|---|---|
| ATT-30 | Attachment C to the Declaration of Amie Boyce, Links to the AT&T LECs Interconnection Agreements ("ICAs") (APPX 183-188) |
| ATT-31 | Verizon Select Services (July 1, 2009) Plaintiffs/Verizon Select Services ICA ATT_NG00041146-41260 |
| ATT-32 | Texas (Nov. 21, 2010) Plaintiffs/Verizon ICA ATT_NG00005843-5936 |
| ATT-33 | Texas (November 14, 2010) Plaintiffs/Verizon Interconnection Agreement ("ICA") (ATT_NG00008720-8779) |
| ATT-34 | Texas (July 1, 2009) Plaintiffs/Verizon ICA (2) ATT_NG00023883-24619, ATT_NG00016961-17399 |
| ATT-35 | Missouri (November 14, 2010) Plaintiffs/Verizon ICA ATT_NG00007578-7637 |
| ATT-36 | Kansas (November 14, 2010) Plaintiffs/Verizon ICA (2) ATT_NG00013483-13542, ATT_NG00018802-18871 |
| ATT-37 | Missouri (November 14, 2010) Plaintiffs/Verizon ICA ATT_NG00012497-12573 |
| ATT-38 | Texas (November 14, 2010) Plaintiffs/Verizon ICA ATT_NG00023706-23882 |
| ATT-39 | Arkansas (November 14, 2010) Plaintiffs/Verizon ICA ATT_NG00016081-16141 |
| ATT-40 | Missouri (September 12, 2010) Plaintiffs/MCI ICA ATT_NG00021701-22343 |
| ATT-41 | Texas (July 1, 2009) Plaintiffs/MCI ICA ATT_NG00014449-14898 |
| ATT-42 | Oklahoma (July 1, 2009) Plaintiffs/MCI ICA |

| | | |
|---|---|---|
| | | ATT_NG00013075-13482 |
| | ATT-43 | Kansas (April 19, 2009) Plaintiffs/MCI ICA ATT_NG00020264-20694 |
| | ATT-44 | Arkansas (July 1, 2009) Plaintiffs/MCI ICA ATT_NG00008124-8659 |
| | ATT-45 | Arkansas (July 1, 2009) Plaintiffs/MCI ICA (2) ATT_NG00007045-7577, ATT_NG00011324-11856 |
| | ATT-46 | Arkansas, Kansas, Missouri, Oklahoma, Texas (August 2011) Plaintiffs/Time Warner Telecom ICAs |
| | ATT-47 | Kansas (April 8, 2010) Plaintiffs/Time Warner Telecom ICA ATT_NG00028064-28463 |
| | ATT-48 | Missouri (March 1, 2010) Plaintiffs/Time Warner Telecom ICA ATT_NG00031246-31733 |
| | ATT-49 | Texas (July 1, 2009) Plaintiffs/Time Warner Telecom ICA ATT_NG00039335-39793 |
| | ATT-50 | Texas (October 22, 2009) Plaintiffs/Time Warner Telecom ICA ATT_NG00036101-36509 |
| | ATT-51 | Arkansas (July 1, 2009) Plaintiffs/Time Warner Telecom ICA ATT_NG00031734-32234 |
| | ATT-52 | Missouri (August 9, 2010) Plaintiffs/Time Warner Telecom ICA ATT_NG00037983-38463 |
| | ATT-53 | Kansas (July 1, 2009) Plaintiffs/Time Warner Telecom ICA ATT_NG00030833-31245 |
| | ATT-54 | Pacific Bell Telephone Company FCC Access Service Tariff No. 1, Sections 1, 2, 5, and 6 (ATT_NG00050543-51001, ATT_NG00048930-39) |
| | ATT-55 | Nevada Bell Telephone Company FCC Access Service Tariff No. 1, Sections 1, 2, 5 and 6 (ATT_NG00050216-50542; ATT_NG00048926-29) |

| | |
|---|---|
| ATT-56 | Ameritech FCC Access Service Tariff No. 2, Sections 1, 2, 5 and 6 (ATT_NG00048978-49501, ATT_NG00048902-910) |
| ATT-57 | BellSouth FCC Access Service Tariff No. 1, Sections 1, 2, 5 and 6 (ATT_NG00049502-50215, ATT_NG00048911- 48925) |
| ATT-58 | Arkansas Intrastate Access Tariff, Sections 1-3, 5, and 6 (ATT_NG00051882-52394) |
| ATT-59 | Kansas Intrastate Access Services Tariff, Sections 1, 5, and 6 (ATT_NG00053986-54026 and ATT_NG00048952-48954) |
| ATT-60 | Missouri Intrastate Access Tariff, Sections 1-3, 5 and 6 (ATT_NG00054858-55164) |
| ATT-61 | Oklahoma Intrastate Access Services Tariff, Sections 1-3, 5 and 6 (ATT_NG00055623-55947,  ATT_NG00048957-48974) |
| ATT-62 | Texas Intrastate Access Tariff, Sections 1, 2, and 5 (ATT_NG00056516-56659, ATT_NG00048975-48977) |
| ATT-63 | California Intrastate Access Tariff, Sections 1, 2, 5, and 6 (ATT_NG00052395-52835, ATT_NG00048948) |
| ATT-64 | Nevada Intrastate Access Tariff, Sections 1, 2, 5 and 6 (ATT_NG00055165-55376) |
| ATT-65 | Illinois Intrastate Access Services Tariff No. 21, Sections 1, 2, 5 and 6 (ATT_NG00053406-53985, ATT_NG00048949-48951) |
| ATT-66 | Alabama Intrastate Access Services Tariff, Sections E1, E2, E5 and E6 (ATT_NG00051612-51881) |
| ATT-67 | Florida Intrastate Access Services Tariff, Sections E1, E2, E5 and E6 (ATT_NG00052836-53110) |
| ATT-68 | Georgia Intrastate Access Services Tariff, Sections E1, E2, E5, and E6 (ATT_NG00053111-53405) |
| ATT-69 | Kentucky Intrastate Access Services Tariff, Sections E1, E2, E5 and E6 (ATT_NG00054027-54314) |
| ATT-70 | Louisiana Intrastate Access Services Tariff, Sections E1, E2, E5 and E6 (ATT_NG00054315- |

|  | 54582) |
|---|---|
| ATT-71 | Mississippi Intrastate Access Services Tariff, Sections E1, E2, E5 and E6 (ATT_NG00054583-54857, ATT_NG00048955-56) |
| ATT-72 | North Carolina Intrastate Access Services Tariff, Sections E1, E2, E5 and E6 (ATT_NG00055377-55622) |
| ATT-73 | South Carolina Intrastate Access Services Tariff, Sections E1, E2, E5 and E6 (ATT_NG00055948-56246) |
| ATT-74 | Tennessee Intrastate Access Services Tariff, Sections E1, E2, E5, and E6 (ATT_NG00056247-56515) |
| ATT-75 | Call Detail Records received from Allison Rule on August 4, 2011 and NG-207-2613 **(CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER)** |
| ATT-78 | FCC 2010 Trends in Telephone Service, first 11 pages of the document (this includes the Cover page, table of contents, and Table 1.2 at page 1-4) |
| ATT-79 | Memorandum of Understanding between AT&T LECs and Time Warner Telecom (ATT_NG00056660-61)**(CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER)** |
| ATT-80 | Agreement between AT&T LECs and Time Warner Telecom (ATT_NG00056662-70) **(CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER)** |
| ATT-88 | Next-G Damages (Demonstrative) ATT_NG00056674 **(CONFIDENTIAL and SUBJECT TO PROTECTIVE ORDER)** |

II.    **Defendant Objects to the Admissibility of the Following Exhibits on Plaintiffs' Exhibit List**

| Exhibit | Basis for Objection |
|---|---|
| ATT-1 | Hearsay report of purported expert who will be able to testify at trial as to her opinions.  The documents referenced in her report are also hearsay and may be inadmissible if not properly authenticated at trial. |
| ATT-4 | Hearsay; Relevance. |
| ATT-5 | Authentication; Hearsay. |
| ATT-6 | Authentication; Hearsay. |
| ATT-7 | Hearsay; Relevance; Authentication. |
| ATT-9 | Hearsay. Inadmissible summary prepared by Plaintiffs.  Summary prepared in anticipation of litigation and does not constitute admissible evidence. |
| ATT-15 | Hearsay. |
| ATT-16 | Hearsay.  Inadmissible summary prepared by Plaintiffs.  Summary prepared in anticipation of litigation and does not constitute admissible evidence. |
| ATT-23 | Hearsay.  Inadmissible summary prepared by Plaintiffs.  Summary prepared in anticipation of litigation and does not constitute admissible evidence. |
| ATT-25 | Hearsay. |
| ATT-76 | Authentication. |
| ATT-77 | Hearsay; Authentication.  Inadmissible summary prepared by Plaintiffs in anticipation of litigation and does not constitute admissible evidence. |
| ATT-81 | Hearsay; Authentication. Inadmissible summary prepared by Plaintiffs in anticipation of litigation and does not constitute admissible evidence. |
| ATT-82 | Hearsay; Relevance. |

| | |
|---|---|
| ATT-83 | Hearsay; Authentication.  Inadmissible summary prepared by Plaintiffs in anticipation of litigation and does not constitute admissible evidence. |
| ATT-84 | Hearsay; Authentication.  Inadmissible summary prepared by Plaintiffs in anticipation of litigation and does not constitute admissible evidence. |
| ATT-85 | Hearsay; Authentication.  Inadmissible summary prepared by Plaintiffs in anticipation of litigation and does not constitute admissible evidence. |
| ATT-86 | Hearsay; Authentication.  Inadmissible summary prepared by Plaintiffs in anticipation of litigation and does not constitute admissible evidence. |
| ATT-87 | Hearsay; Authentication. Inadmissible summary prepared by Plaintiffs in anticipation of litigation and does not constitute admissible evidence. |
| ATT-89 | Hearsay; Authentication.  Inadmissible summary prepared by Plaintiffs in anticipation of litigation and does not constitute admissible evidence |
| ATT-90 | Hearsay; Authentication.  Inadmissible summary prepared by Plaintiffs in anticipation of litigation and does not constitute admissible evidence. |

Dated:  November 21, 2011                  Respectfully submitted,


NEXT-G COMMUNICATION, INC.         SOUTHWESTERN BELL TELEPHONE COMPANY, *et al.*


By: /s/ Allison D. Rule              By: /s/ Demetrios G. Metropoulos

Charles H. Helein, Esquire
Allison D. Rule, Esquire
Helein and Marashlian, LLC
1420 Spring Hill Road, Suite 205
McLean, VA 22102
Tel: (703) 714-1300
Fax: (703) 714-1330

C. John Scheef III, Esquire
Scheef and Stone, L.L.P.
2601 Network Blvd., Suite 102
Frisco, Texas 75034
Tel: (214) 472-2114
Fax: (214) 472-2150

*Attorneys for Defendant*

Theodore A. Livingston (*pro hac vice*)
Demetrios G. Metropoulos (*pro hac vice*)
Michael T. Sullivan (*pro hac vice*)
Robert E. Entwisle (*pro hac vice*)
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 782-0600
Facsimile (312) 701-7711

Richard M. Parr, Bar No. 15534250
Timothy A. Whitley, Bar No. 00797660
AT&T Services, Inc.
208 S. Akard
Suite 2900
Dallas, Texas 75202
Telephone (214) 757-3386
Facsimile (214) 748-1660

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on November 21, 2011, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court through ECF, which provides service on each party who is a registered ECF user, including the counsel listed below.

Charles H. Helein, Esquire
Allison D. Rule, Esquire
Helein and Marashlian, LLC
1420 Spring Hill Road, Suite 205
McLean, VA 22102
Tel: (703) 714-1300
Fax: (703) 714-1330
adr@commlawgroup.com

C. John Scheef III, Esquire
Scheef and Stone, L.L.P.
2601 Network Blvd., Suite 102
Frisco, Texas 75034
Tel: (214) 472-2114
Fax: (214) 472-2150
john.scheef@solidcounsel.com

By: /s/ Demetrios G. Metropoulos