# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| SOUTHWESTERN BELL TELEPHONE COMPANY, et al. | )<br>)<br>) |
| Plaintiffs, | )<br>) |
| v. | )<br>) |
| NEXT-G COMMUNICATION, INC. | )   Civil Action No. 3:10-CV-01498-O<br>) |
| Defendant. | )<br>) |

## JOINT NOTICE OF SETTLEMENT

Plaintiffs Southwestern Bell Telephone Company, BellSouth Telecommunications, Inc., Illinois Bell Telephone Company, Nevada Bell Telephone Company, Pacific Bell Telephone Company and Wisconsin Bell, Inc. and Defendant Next-G Communication, Inc. submit this Notice of Settlement to advise the Court that the parties have reached a settlement in principle to resolve this matter in its entirety. Trial in this matter was set to begin on Monday, December 12. The parties are finalizing the documentation relating to the settlement and anticipate making a further joint filing with the Court shortly.

Dated: December 8, 2011                                    Respectfully submitted,

NEXT-G COMMUNICATION, INC.                 SOUTHWESTERN BELL TELEPHONE
                                                                                  COMPANY, *et al.*

By: /s/ Allison D. Rule                                         By: /s/ Demetrios G. Metropoulos

Charles H. Helein, Esquire
Allison D. Rule, Esquire
Helein and Marashlian, LLC
1420 Spring Hill Road, Suite 205
McLean, VA 22102
Tel: (703) 714-1300
Fax: (703) 714-1330

C. John Scheef III, Esquire
Scheef and Stone, L.L.P.
2601 Network Blvd., Suite 102
Frisco, Texas 75034
Tel: (214) 472-2114
Fax: (214) 472-2150

*Attorneys for Defendant*

Theodore A. Livingston (*pro hac vice*)
Demetrios G. Metropoulos (*pro hac vice*)
Michael T. Sullivan (*pro hac vice*)
Robert E. Entwisle (*pro hac vice*)
Mayer Brown LLP
71 South Wacker Drive
Chicago, Illinois 60606
Telephone (312) 782-0600
Facsimile (312) 701-7711

Richard M. Parr, Bar No. 15534250
Timothy A. Whitley, Bar No. 00797660
AT&T Services, Inc.
208 S. Akard
Suite 2900
Dallas, Texas 75202
Telephone (214) 757-3386
Facsimile (214) 748-1660

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney, hereby certifies that on December 8, 2011, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court through ECF, which provides service on each party who is a registered ECF user, including the counsel listed below.

Allison D. Rule, Esquire
Helein and Marashlian, LLC
1420 Spring Hill Road, Suite 205
McLean, VA 22102
Tel: (703) 714-1300
Fax: (703) 714-1330
adr@commlawgroup.com

C. John Scheef III, Esquire
Scheef and Stone, L.L.P.
2601 Network Blvd., Suite 102
Frisco, Texas 75034
Tel: (214) 472-2114
Fax: (214) 472-2150
john.scheef@solidcounsel.com

                                                By: /s/ Demetrios G. Metropoulos