IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **SOUTHWESTERN BELL TELEPHONE COMPANY, et. al,** | § § § § | |
| Plaintiffs, | § § | Civil Action No. 3:10-cv-1498-O |
| v. | § § | |
| **NEXT-G COMMUNICATION, INC.,** | § § § | |
| Defendant. | § § § | |

### ORDER

The Court was notified on December 8, 2011 that the instant case will settle in the near future (ECF No. 115). The parties are therefore directed to file the appropriate dismissal papers–a stipulation of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), **or** an agreed motion with corresponding proposed order–with the Clerk's Office no later than **January 8, 2012**. If a stipulation of dismissal is not filed by January 8, 2012, and further proceedings become necessary or desirable, the parties should immediately file a Joint Status Report with the Court. The bench trial scheduled for December 12, 2011 is stayed until further order of the Court.

**SO ORDERED** on this **8th day** of **December, 2011**.

_____
Reed O'Connor
UNITED STATES DISTRICT JUDGE