IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **SOUTHWESTERN BELL** § <br> **TELEPHONE COMPANY, et. al,** § <br> § <br> Plaintiffs, § <br> § <br> v. § <br> § <br> **NEXT-G COMMUNICATION, INC.,** § <br> § <br> Defendant. § | Civil Action No. 3:10-cv-1498-O |

## ORDER OF FINAL JUDGMENT

On December 20, 2011, Plaintiffs Southwestern Bell Telephone Company, BellSouth Telecommunications, Inc., Illinois Bell Telephone Company, Nevada Bell Telephone Company, Pacific Bell Telephone Company, Wisconsin Bell, Inc. and Defendant Next-G Communication, Inc. jointly moved for entry of judgment against Defendant in the amount of One Million Eight Hundred Forty Five Thousand Six Hundred Seventy One Dollars ($1,845,671.00) (ECF No. 117).

It is hereby **ORDERED, ADJUDGED, AND DECREED** that judgment be, and it hereby is, entered in favor of Plaintiffs and against Defendant in the amount of $1,845,671.00.

**SO ORDERED** on this **21st day** of **December, 2011.**

_Reed O'Connor_
**UNITED STATES DISTRICT JUDGE**